UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEONARD K. MORSE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-07-0363-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 14.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 4). After considering the stipulation of the parties,

**IT IS ORDERED** that the above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will issue a new hearing decision; the ALJ will consider the lay witness evidence of Barbara Morse and Mindy Morse and, in light of this evidence, re-evaluate Plaintiff's credibility and, as necessary, other evidence

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 1

1  in the record.

2  **IT IS FURTHER ORDERED:**

3  1.   The parties' stipulated Motion for remand **(Ct. Rec. 14)** is
4  **GRANTED**.

5  2.   Judgment shall be entered for the **PLAINTIFF**.

6  3.   An application for attorney fees may be filed by separate
7  motion.

8  The District Court Executive is directed to enter this Order,
9  forward copies to counsel, and thereafter shall close this file.

10  DATED May 5, 2008.

12                    S/ CYNTHIA IMBROGNO
                UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED
MOTION FOR REMAND - 2