UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LEONARD K. MORSE,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-07-363-CI

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

The parties' stipulated Motion for remand (Ct. Rec. 14) is GRANTED. Judgment shall be entered for the PLAINTIFF. An application for attorney fees may be filed by separate motion.

DATED this 5th day of May, 2008.

JAMES R. LARSEN
District Court Executive/Clerk

by: _____
    Deputy Clerk

cc: all counsel